**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROL GAYLOR,                    )
an individual,                   )
                                 )
          Plaintiff,             )
                                 )
vs.                              )   **CASE NO.: 3:24-cv-00253-WWB-PDB**
                                 )
US NUMBER ONE PLAZA, LLC,        )
a Florida Limited Liability Company,  )
                                 )
          Defendant.             )
_____ )

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all substantive issues in this matter. The parties have finalized the language of their agreement and obtained final signatures. The parties anticipate filing a joint stipulation for dismissal by August 2, 2024, upon complete and final payment by Defendant in accordance with the terms of the agreement. The parties further request that all hearings and deadlines, including Defendant's deadline to respond to the complaint, be adjourned until the time such stipulation is filed.

Dated: May 21, 2024

Respectfully Submitted,                          Respectfully Submitted,

- 1 -

/s/ Louis I. Mussman
Louis I. Mussman, Esq.
Florida Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
louis@kumussman.com

*Attorneys for Plaintiff*

/s/ Ann Miles
Ann Miles, Esq.
Florida Bar No. 118688
St. Johns Law Group
104 Sea Grove Main Street
St. Augustine, Florida 32080
Tel: (904) 495-0400
Fax: (904) 495-0506
amiles@sjlawgroup.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2024, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered

electronically to the following attorneys of record:

Ann Miles, Esq.
St. Johns Law Group
104 Sea Grove Main Street
St. Augustine, Florida 32080
amiles@sjlawgroup.com


By: /s/ Louis Mussman
    Louis I. Mussman, Esq.