**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROL GAYLOR,

       Plaintiff,

v.                                 Case No.: 3:24-cv-253-WWB-PDB

US NUMBER ONE PLAZA, LLC,

       Defendant.

_____

## ORDER

The Court has been advised by the parties' Joint Notice of Settlement that the above-styled action has been completely settled.  (Doc. 15 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on May 28, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record